# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

9/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00495DAE |
| CASE NAME: | USA v. (08)Vincent Furtado, aka "Ikaika" |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Alvin Nishimura |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Steve Platt |
| DATE: | 9/22/2006 | TIME: | 1:30pm-2:15pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant (08)Vincent Furtado, aka "Ikaika".  Government's Motion for Downward Departure.

Defendant (08)Vincent Furtado, aka "Ikaika" present, not in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (08)Vincent Furtado, aka "Ikaika".

SENTENCE:

Imprisonment: 48 MONTHS

Supervised Release:  7 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

8. Defendant shall attend a community college in the University of Hawaii system on a part-time basis. Must enroll in a minimum of 6 credit hours and maintain a C average. Must complete enough credit hours to earn an Associates Degree. After, which the court shall determine whether he shall be required to obtain a bachelor degree

Special Assessment: $100.00.   No fine imposed.

JUDICIAL RECOMMENDATIONS: Facility such as a Federal Prison Camp that has an accredited college program, with FPC Lompoc, CA as the 1st choice. Mental health treatment.

Defendant advised of his right to appeal.

Mittimus is stayed until 1/9/2007.

Defendant to self-surrender @2:30 p.m. on 1/9/2007 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions of release to continue.

Government's Oral Motion to dismiss Counts 2 and 4 as to this defendant only- GRANTED.

Submitted by: Theresa Lam, Courtroom Manager