UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

NISH164   968133000 1106 06 10/17/06
RETURN TO SENDER
:ALVIN NISHIMURA ATTY AT LAW
PO BOX 4510
KANEOHE HI 96744-8510

RETURN TO SENDER

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 18 2006
DISTRICT OF HAWAII

Alvin P.K.K. Nishimura
1164 Bishop St Ste 510
Honolulu, HI 96813

CR 06-00220 JMS