## Other Orders/Judgments

1:03-cr-00495-DAE USA v. Totten, et al

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from gls, entered on 10/4/2006 at 1:11 PM HST and filed on 10/4/2006

**Case Name:**  USA v. Totten, et al
**Case Number:**  1:03-cr-495
**Filer:**
**Document Number:** 419

**Docket Text:**
JUDGMENT In A Criminal Case as to Vincent Furtado (8), Count(s) 1, Imprisonment: 48 Months; Supervised Release: 7 Years; SA: $100.00; Count(s) 2, 4, Dismissed . Signed by Judge DAVID ALAN EZRA on 10/2/06. (gls, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/4/2006] [FileNumber=162487-0]
[03c91d57a313befb2a8b6e5a77107a7780887e9ed0f84034bb7b96509034f3c8ce42
297392f5792998cd9970a128cf1ef1e1ee29583bf0646995004823f28775]]

**1:03-cr-495-8 Notice will be electronically mailed to:**

Alvin P.K.K. Nishimura   aknlaw@hawaiiantel.net

Daniel T. Pagliarini   dan@ilghawaii.com

Arnold T. Phillips , II   ATP@atphillips.com

Gurmail G. Singh   ggsingh@hawaii.rr.com

Chris A. Thomas   chris.thomas@usdoj.gov, madelynn.derby@usdoj.gov; janice.tsumoto@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

**1:03-cr-495-8 Notice will be delivered by other means to:**

Anthony Contreras

Contreras & Campa LLP
Wilshire Financial Tower
3600 Wilshire Blvd Ste 900
Los Angeles, CA 90010-2613

Stuart N. Fujioka
Nishioka & Fujioka
841 Bishop St Ste 224
Honolulu, HI 96813

Katherine E.K.P. Kealoha
Katherine Puana Kealoha & Associates
P.O. Box 1917
Honolulu, HI 96805

Dwight C.H. Lum
P O Box 37055
Honolulu, HI 96837

Benjamin D. Martin
1188 Bishop St Ste 1810
Honolulu, HI 96813

Stephen M. Shaw
P O Box 2353
Honolulu, HI 96804

Suzanne T. Terada
Pacific Tower
1001 Bishop St Ste 1510
Honolulu, HI 96813