AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:    1:03CR00495-008

DEFENDANT:    VINCENT FURTADO aka "IKAIKA"

FILED IN THE
DISTRICT OF HAWAII

Judgment - Page 2 of 6

APR 25 2007

at ___ o'clock and ___ min ___

SUE BEITIA, CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 48 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
Facility such as a Federal Prison Camp that has an accredited college program, with FPC Lompoc, CA as the 1st choice. Mental health treatment.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✔] before 2:30pm, local time on 1/9/2007.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___Jan 9, 2007___ to ___USP Lompoc___
at ___Lompoc, CA___ , with a certified copy of this judgment.

_Linda Sanders, Warden_
UNITED STATES MARSHAL

By ___B. J. Moore, L.I.E.___
Deputy U.S. Marshal